# EXHIBIT A

# LEAVIS AND REST, P.C.

## ATTORNEYS AT LAW
83 CENTRAL STREET
BOSTON, MASSACHUSETTS 02109-3413

PAUL F. LEAVIS
JOHN B. REST
WILLIAM J. DOYLE, JR.
DEBORAH M. SANTELLO

(617) 742-1700
FACSIMILE (617) 482-4446

September 5, 2018

**CERTIFIED MAIL - 7016 2070 0000 5195 9145**
**RETURN RECEIPT REQUESTED**
Agent in Charge of Business
Hurricane, Inc.
2911 Estes Street, #A
Norton Shores, Michigan 49441

    Re:    Edmundo Esparza v. Hurricane, Inc.
               Middlesex Superior Civil Action #1881CV02512:

Dear Sir or Madam:

    Please be advised that you are a defendant in the above-captioned civil action pending in Middlesex Superior Court at 200 Trade Center, Woburn, Massachusetts. Enclosed is a copy of the Summons, Complaint and Jury Trial Claim and Tracking Order.

    Service of this Summons and Complaint is being made upon you pursuant to Massachusetts General Laws Chapter 223 A and Massachusetts Rule of Civil Procedure 4(e).

    I suggest that you turn this letter and its enclosures over to your insurer and your attorney.

Very truly yours,

Paul F. Leavis

PFL/pmm
Enclosures
cc:    Rick Weihl, President
        Hurricane, Inc., 375 Whackley Avenue, Muskegon, MI 49444

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                                            SUPERIOR COURT
                                                                          CIVIL ACTION
                                                                          NO.

```
EDMUNDO ESPARZA            )
              Plaintiff    )
                           )
v.                         )
                           )
HURRICANE, INC.            )
              Defendants   )
```

## COMPLAINT AND JURY TRIAL CLAIM

Count I
(Negligence – Hurricane, Inc.)

1. The plaintiff, Edmundo Esparza is an individual residing at 168 Manning Street, Hudson, MA 01749.

2. The defendant, Hurricane, Inc. is a foreign corporation organized under the laws of the State of Michigan with a principal place of business located at 2911 Estes Street #A, Norton Shores, Michigan and which directly or by an agent transacts business within the Commonwealth of Massachusetts.

3. On and prior to November 28, 2016, the defendant, Hurricane, Inc. in whole or in part either individually or by and through its agents, servants and/or employees, owned, controlled, jointly controlled, designed, redesigned, manufactured, inspected, tested, assembled, rebuilt, sold, distributed, leased, supplied, maintained, repaired, and/or serviced a Hurricane Blo Vac Model Z3, Serial Number Z15040 and/or its component parts.

4. As a direct and proximate result of the negligence of the defendant, Hurricane, Inc., either individually or by and through its agents, servants and/or employees, in the ownership, control, joint control, design, redesign, manufacture, inspection, testing, assembly, rebuilding, sale, distribution, lease, supply, maintenance, repair and/or service of the Hurricane Blo Vac Model Z3, Serial Number Z15040 and/or its component parts; and as a result of the negligence of the defendant, Hurricane, Inc., either individually or by and through its agents, servants and/or employees, in failing to follow and comply with generally accepted industry standards, codes and practices; and as a result of the negligence of the defendant, Hurricane, Inc., either individually or by and through its agents, servants and/or employees, in causing or allowing a dangerous and hazardous condition to exist; and as a result of the negligence of the defendant, Hurricane, Inc., either individually or by and through its agents, servants and/or employees, in failing to give adequate and effective warnings and proper instructions, the plaintiff, Edmundo Esparza, was caused to be severely injured and hospitalized, was caused to incur medical and hospital expenses, was caused to be disabled and was caused to suffer great pain of body and anguish of mind.

WHEREFORE, the plaintiff, Edmundo Esparza, demand judgment from the defendant, Hurricane, Inc. in a fair amount for all past, present and future injuries, suffering and losses, plus costs and interest.

Count II
(Breach of Warranty - Hurricane, Inc.)

5. The plaintiff incorporate by reference paragraphs 1 through 4 above as if contained herein.

6. On or prior to November 28, 2016, the defendant, Hurricane, Inc., either individually or by and through its agents, servants and/or employees, sold, transferred, leased, rented and/or supplied said Hurricane Blo Vac Model Z3, Serial Number Z15040 and/or its component parts and made implied warranties of safety, fitness and merchantability for the ordinary purposes for which said Hurricane Blo Vac Model Z3, Serial Number Z15040 and/or its component parts is used; made implied warranties that said Hurricane Blo Vac Model Z3, Serial Number Z15040 and/or its component parts would be fit for the particular purposes for which it was being used at the time of the plaintiff's injuries; and made express warranties by affirmation of fitness, safety and merchantability, and all of these warranties were relied upon by the plaintiff.

7. Said warranties were breached by the defendant, Hurricane, Inc., either individually or by and through its agents, servants and/or employees, in that said Hurricane Blo Vac Model Z3, Serial Number Z15040 and/or its component parts was not safe, not merchantable, not fit for the ordinary purposes for which said Hurricane Blo Vac Model Z3, Serial Number Z15040 and/or its component parts is used; was not fit for the particular purposes for which said Hurricane Blo Vac Model Z3, Serial Number Z15040 and/or its component parts was being used at the time of the plaintiff's injury was not fit, safe or merchantable as expressly warranted by the defendant, Hurricane, Inc., either individually or by and through its agents, servants and/or employees; and said defendant, Hurricane, Inc., either individually or by and through its agents, servants and/or employees, did not give adequate warnings and instructions concerning said Hurricane Blo Vac Model Z3, Serial Number Z15040 and/or its component parts, and timely notification of said breaches, if any was required to be given, was given to the defendant, Hurricane, Inc., either individually or by and through its agents, servants and/or employees.

8. As a result of the aforesaid breaches by said defendant, Hurricane, Inc., either individually or by and through its agents, servants and/or employees, the plaintiff, Edmundo Esparza, was caused to be severely injured and hospitalized, was caused to incur medical and hospital expenses, was caused to be disabled and was caused to suffer great pain of body and anguish of mind.

WHEREFORE, the plaintiff, Edmundo Esparza, demand judgment from the defendant, Hurricane, Inc. in a fair amount for all past, present and future injuries, suffering and losses, plus costs and interest.

THE PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS AND ALL ISSUES.

The plaintiff,
By his attorneys,

Paul F. Leavis, BBO #290580
pfl@leavisandrest.com
Deborah M. Santello, BBO #555431
dms@leavisandrest.com
Leavis and Rest, P.C.
83 Central Street
Boston, MA   02109
(617) 742-1700

| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT COUNTY: MIDDLESEX | DOCKET NO. |
|---|---|---|

| PLAINTIFF (S) EDMUNDO ESPARZA | DEFENDANT(S) HURRICANE, INC. |
|---|---|

| Plaintiff's Attorney name, Address, City/State/Zip BBO# | Defendant's Attorney name, Address, City/State/Zip Phone Number and Phone Number (if known) |
|---|---|
| Paul F. Leavis, Esq. BBO #290580 Deborah M. Santello, Esq. – BBO #555431 83 Central Street Boston, MA 02109 | |

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | Other Neg./Personal Injury | F | [x] Yes   [ ] No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses                                    $ 37,000.47+
  2. Total Doctor expenses                                      $
  3. Total chiropractic expenses                                $
  4. Total physical therapy expenses                            $
  5. Total other expenses (describe)                            $
                                                     Subtotal   $ 37,000.47+
B. Documented lost wages and compensation to date               $ 80,960.00
C. Documented property damages to date                          $
D. Reasonably anticipated future medical and hospital expenses  $
E. Reasonably anticipated lost wages                            $
F. Other documented items of damages (describe)                 $

G. Brief description of plaintiff's injury, including nature and extend of injury (describe)
As a result of an incident that occurred on November 28, 2016, the plaintiff sustained a crush injury to the dorsal right hand as well as injury to the central 3 digits. Plaintiff required right index and ring digit amputation. Plaintiff has attended physical therapy for remaining digits.

                                                     Total   $ 117,960.47

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

                                                     TOTAL   $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   Date: 8-28-18

A.O.S.C. 3-2007

## Commonwealth of Massachusetts

MIDDLESEX,SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. __1881CV02512__

__Edmundo Esparza_____ , PLAINTIFFS(S),

V.

__Hurricane, Inc_____ , DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO __Agent in Charge of Business Hurricane, Inc._____ . (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the __Middlesex Superior__ Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your **signed original** response with the Clerk's Office for Civil Business, __Superior__ Court, __Woburn_____ (address), by mail or in person, **AND**
   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: __83 Central Street, Boston, MA 02109__

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint in legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____, 20 ___.

_____
Michael A. Sullivan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20 ___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____
_____
_____

Dated: _____, 20 ___       Signature: _____

N.B.   TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

, 20___

## Commonwealth of Massachusetts

MIDDLESEX,SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. __1881CV02512__

__Edmundo Esparza__, PLAINTIFFS(S),

V.

__Hurricane, Inc__, DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO __Agent in Charge of Business Hurricane, Inc.__ (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the __Middlesex Superior__ Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your **signed original** response with the Clerk's Office for Civil Business, __Superior__ Court, __Woburn__ (address), by mail or in person, **AND**
   b. Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: __83 Central Street, Boston, MA 02109__

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint in legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12.** If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

4. **Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

5. **Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on _____, 20 ___.

_____
Michael A. Sullivan
Clerk-Magistrate

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____
_____
_____
_____

Dated: _____, 20___        Signature: _____

N.B.   TO PROCESS SERVER:

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

, 20___

## LEAVIS AND REST, P.C.

ATTORNEYS AT LAW

83 CENTRAL STREET

BOSTON, MASSACHUSETTS 02109-3413

PAUL F. LEAVIS
JOHN B. REST
WILLIAM J. DOYLE, JR.
DEBORAH M. SANTELLO

(617) 742-1700

FACSIMILE (617) 482-4446

September 20, 2018

Clerk of Court – Civil
Middlesex Superior Court
200 Trade Center
Woburn, MA 01801

  **Re:**  **Edmundo Esparza v. Hurricane, Inc.**
     <u>**Middlesex Superior Court Civil Action No.:**</u> **1881CV02512**

Dear Sir or Madam:

  Enclosed please find for filing in the above-entitled matter, the following document(s):

  **Affidavit of Long-Arm Service.**

  Thank you.

                   Very truly yours,

                   Paul F. Leavis

PFL/pmm
Enclosures
cc:  Rich Weihl, President, Hurricane, Inc.

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT
CIVIL ACTION
NO. 1881CV02512

EDMUNDO ESPARZA
    Plaintiff

v.

HURRICANE, INC.
    Defendants

## AFFIDAVIT OF LONG-ARM SERVICE

I, Paul F. Leavis, attorney for the plaintiff in the above-entitled action, make oath and state as follows:

Pursuant to Mass. R. Civ. P. 4(e) and Mass. Gen. Laws ch. 233A, I mailed a letter, together with a copy of the Summons and Complaint, to the defendant, Hurricane, Inc. thereby advising the defendant of the pendency of this action and its place of pendency.

Said letter, together with a copy of the Summons and Complaint, were mailed, by certified mail, return receipt requested and postage prepaid to:

Rick Weihl, President
Hurricane, Inc.
375 Whackley Avenue
Muskegon, MI 49444

The return receipt, indicating that the addressee or its authorized agent received said letter on September 10, 2018, is attached hereto in conformity with Mass. Gen. Laws ch. 233A.

This statement is signed under the pains and penalties of perjury on this the 20th day of September, 2018.

The plaintiff,
By his attorneys,

*/s/ Paul F. Leavis*

Paul F. Leavis, BBO #290580
pfl@leavisandrest.com
Deborah M. Santello, BBO #555431
dms@leavisandrest.com
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109
(617) 742-1700

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above document upon Rick Weihl, President, Hurricane, Inc. by first class mail on September 20, 2018.

By: */s/ Paul F. Leavis*
Paul F. Leavis

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Rick Weihl, President
   Hurricane, In.
   575 Whackley Ave.
   Muskegon, Michigan
   49444

9590 9402 2092 6132 7133 23

2. Article Number (Transfer from service label)

   7016 2070 0000 5195 9152

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☑ Agent
                    ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   MC

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   Esquire

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**ALERT: DUE TO THE FLOODING FROM HURRICANE FLORENCE, MANY POST OFFICES ...**

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70162070000051959152

Remove ×

Your item was delivered to the front desk or reception area at 11:47 am on September 10, 2018 in MUSKEGON, MI 49444.

## ✓ Delivered

September 10, 2018 at 11:47 am
Delivered, Front Desk/Reception
MUSKEGON, MI 49444

Feedback

---

### Text & Email Updates                                              ∧

Select what types of updates you'd like to receive and how. Send me a notification for:

| Text | Email |
|------|-------|
| ☐ | ☐ All Below Updates |
| ☐ | ☐ Expected Delivery Updates ⓘ |
| ☐ | ☐ Day of Delivery Updates ⓘ |
| ☐ | ☐ Package Delivered ⓘ |